ACCEPTED
01-15-00617-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
8/26/2015 1:54:58 PM
CHRISTOPHER PRINE
CLERK

# No. 01-15-00617-CV

_____

**IN THE FIRST COURT OF APPEALS
AT HOUSTON, TEXAS**

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
8/26/2015 1:54:58 PM
CHRISTOPHER A. PRINE
Clerk

_____

BOB DEUELL,

*Appellant,*

v.

TEXAS RIGHT TO LIFE COMMITTEE, INC.,

*Appellee.*

_____

On Interlocutory Appeal from the 152nd District Court, Harris County, Texas.

_____

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
APPELLEE'S BRIEF**

_____

TO THE HONORABLE FIRST COURT OF APPEALS:

Appellee, Texas Right to Life Committee, Inc., files this Unopposed Motion for Extension of Time to File Appellee's Brief, and would show the Court as follows:

1.     The current due date for Appellee to file its Brief is *Monday, September 14, 2015.* Appellee requests an extension of 20 days to file its Brief, to and including **Monday, October 5, 2015**.

2.     This is the first request by Appellee for additional time to file its Brief. This Motion is timely pursuant to TEX. R. APP. P. 38.6(d).

3.　The requested extension of 20 days is necessary because the undersigned counsel is substantially involved in the following other matters:

> No. 01-15-00583-CV; *The Honorable Mark Henry, County Judge of Galveston County v. The Honorable Lonnie Cox,* In the First Court of Appeals (preparation of an appellant's brief due September 4);

> No. 14-0987; *Michael Quinn Sullivan v. Salem Abraham;* In the Supreme Court of Texas (preparation of a reply brief on the merits due September 4).

4.　The requested extension of time is not made for delay, but only so that justice may be done.

5.　These facts are within the personal knowledge of the undersigned counsel.　Therefore, a verification is not necessary. TEX. R. APP. P. 10.2.

6.　For all of these reasons, Appellee respectfully asks the Court to grant this unopposed Motion for additional time of 20 days to file its Appellee's Brief, to and including **Monday, October 5, 2015.**

## CERTIFICATE OF CONFERENCE

In accordance with TEX. R. APP. P. 10.1(a)(5), the undersigned counsel for Appellant communicated with Mr. Scott Tschirhart, counsel for Appellant, who indicated Appellant is **unopposed** to this Motion being granted.

 */s/ N. Terry Adams, Jr.*
N. Terry Adams, Jr.

WHEREFORE, PREMISES CONSIDERED Appellee, Texas Right to Life Committee, Inc., respectfully requests the Court to grant this Unopposed Motion for Extension of Time to File its Appellee's Brief for 20 days, to and including **Monday, October 5, 2015.**  Appellee additionally prays for such other and further relief to which it may be justly entitled.

Respectfully submitted,

**BEIRNE, MAYNARD & PARSONS, L.L.P.**

By: */s/ N. Terry Adams, Jr.*
 **N. Terry Adams, Jr.**
 Texas Bar No. 00874010
 tadams@bmpllp.com
 **Joseph M. Nixon**
 Texas Bar No. 15244800
 jnixon@bmpllp.com
 1300 Post Oak Blvd, Suite 2500
 Houston, Texas 77056
 (713) 623-0887 (Tel.)
 (713) 960-1527 (Fax)

**James E. "Trey" Trainor**
Texas Bar No. 24042052
ttrainor@bmpllp.com
401 W. 15th Street, Suite 845
Austin, Texas 78701
(512) 623-6700  (Tel.)
(512) 623-6701  (Fax)

*Counsel for Appellee*

## CERTIFICATE OF SERVICE

I hereby certify that I have complied with the Texas Rules of Appellate Procedure and the Local Rules of this Court and that the foregoing Motion has been electronically filed and served on all counsel of record below in accordance with these Rules on this the 26th day of August, 2015.

George E. Hyde
Scott M. Tschirhart
DENTON NAVARRO ROCHA BERNAL HYDE & ZECH, P.C.
2500 W. William Cannon Drive, Suite 609
Austin, Texas 78745
george.hyde@rampage-aus.com
scott.tschirhart@rampage-aus.com

*Counsel for Appellant*

/s/ N. Terry Adams, Jr.
N. Terry Adams, Jr.